IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 25-00245-01-CR-W-DGK |
|---|---|
| Plaintiff, | **COUNTS ONE and TWO:**<br>18 U.S.C. §§ 1014 and 2<br>(*False Statement to a Financial Institution*)<br>As to Each Count:<br>NMT 30 Years' Imprisonment<br>NMT $1,000,000 Fine<br>NMT 5 Years' Supervised Release<br>Class B Felony |
| v. | |
| BIANCA COBBINS,<br>DOB: 01/18/1983 | |
| Defendant. | |
| | **COUNTS THREE through SEVEN**<br>26 U.S.C. § 7206(2)<br>(*Aiding in the Preparation of False Tax Returns*)<br>As to Each Count:<br>NMT 3 Years' Imprisonment<br>NMT $100,000 Fine<br>NMT 1 Year Supervised Release<br>Cost of Prosecution May Be Ordered<br>Class E Felony<br><br>$100 Mandatory Assessment Per Count<br><br>Restitution May Be Ordered |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

At times relevant to this Information:

1. BIANCA COBBINS, the defendant, was an individual who worked and resided in the Western District of Missouri.

2. Quanisha Capelton was an individual who resided in the Western District of Missouri.

3. J.J. was an individual who resided in the St. Louis, Missouri, metropolitan area. J.J. did not know BIANCA COBBINS or Quanisha Capelton, and J.J. did not provide consent for

BIANCA COBBINS or Quanisha Capelton to use J.J.'s personal information for any purpose.

4. E.B. was a financial institution, as that term is defined in Title 18, United States Code, Section 20, based in Andover, Kansas, with branch locations in the Western District of Missouri. The accounts held by E.B. were insured by the Federal Deposit Insurance Corporation.

5. E.B. offered banking services to its customers in the Western District of Missouri, including, but not limited to, the opening of checking accounts and the disbursement of personal loans.

6. BIANCA COBBINS worked as a tax preparer, preparing and electronically filing federal tax returns for clients living in the Western District of Missouri.

7. BIANCA COBBINS prepared and filed federal tax returns at a business she owned and operated, located at 7924 Troost Avenue, Kansas City, Missouri, a location within the Western District of Missouri.

8. The Internal Revenue Service was an agency of the United States Department of the Treasury responsible for enforcing and administering the federal tax laws of the United States and collecting taxes owed to the United States.

### Criminal Conduct Related to E.B.

9. On or about December 26, 2019, BIANCA COBBINS obtained J.J.'s personal identifying information, including J.J.'s name, address, Social Security number, and credit score.

10. On or about December 26, 2019, BIANCA COBBINS and Quanisha Capelton agreed that Quanisha Capelton would impersonate J.J.—using the personal identifying information obtained by BIANCA COBBINS—to commit financial fraud and that BIANCA COBBINS and Quanisha Capelton would equally divide any illegal proceeds obtained from the fraudulent activity.

11. On or about December 27, 2019, BIANCA COBBINS obtained a fraudulent Missouri driver's license containing Quanisha Capelton's photograph and J.J.'s name, address, and date of birth.

12. On or about December 27, 2019, Quanisha Capelton, while aided and abetted by BIANCA COBBINS, went to the E.B. branch located on S.W. Oldham Parkway in Lee's Summit, Missouri, a location within the Western District of Missouri, and submitted an application to open a checking account in J.J.'s name. During the application process, Quanisha Capelton impersonated J.J. and provided E.B. with the fraudulent Missouri driver's license containing Quanisha Capelton's photograph and J.J.'s name, address, and date of birth. Ultimately, E.B. opened a checking account in J.J.'s name.

13. On or about December 30, 2019, BIANCA COBBINS, utilizing the account number associated with the E.B. checking account fraudulently opened in J.J.'s name, manufactured two fraudulent paystubs. The paystubs falsely indicated that J.J. worked for a health care company in Kansas City, Missouri, and falsely indicated that J.J.'s paychecks were directly deposited into the E.B. account opened in J.J.'s name.

14. On and between January 3, 2020, and January 7, 2020, Quanisha Capelton, while aided and abetted by BIANCA COBBINS, submitted loan application materials to E.B. for a $2,500 personal loan in J.J.'s name. During the loan application process, J.J.'s name, Social Security number, and date of birth were used. Additionally, as part of the loan application process, the fraudulent paystubs—manufactured by BIANCA COBBINS—were provided to E.B. personnel and were reviewed in the Western District of Missouri.

**Criminal Conduct Related to the Preparation of Federal Tax Returns**

15. From her business at 7924 Troost Avenue, Kansas City, Missouri, BIANCA COBBINS prepared federal tax returns and filed the returns with the Internal Revenue Service. On

certain returns filed for tax years 2019, 2020, 2021, 2022, and 2023, BIANCA COBBINS willfully included materially false and fraudulent claims.

16. Federal tax returns prepared by BIANCA COBBINS included fraudulent Schedule C forms showing business profits or losses, resulting in her clients receiving inflated Earned Income Credit amounts. By willfully including these and other materially false and fraudulent claims, BIANCA COBBINS was able to manufacture refunds for her clients that they would not have been entitled to if the returns had been accurately prepared.

17. BIANCA COBBINS charged her clients a return preparation fee of between $650.00 and $750.00 per return.

## COUNT ONE
### (False Statement to a Financial Institution)

18. The allegations contained in paragraphs one through five and nine through 12 of this Information are realleged and incorporated by reference.

19. On or about December 27, 2019, in the Western District of Missouri, defendant BIANCA COBBINS, while aiding and abetting Quanisha Capelton, knowingly caused a false statement to be made for the purpose of influencing the action of E.B., an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with a checking account application, in that BIANCA COBBINS and Quanisha M. Capelton, while aiding and abetting each other, opened a checking account using J.J.'s personal identifiable information, when in truth and in fact, as the defendant well knew, Quanisha Capelton was not J.J., and the defendant and Quanisha Capelton did not have permission or authorization to utilize J.J.'s personal identifiable information to open any such account, in violation of Title 18, United States Code, Section 1014.

## COUNT TWO
### (False Statement to a Financial Institution)

20. The allegations contained in paragraphs one through five and nine through 14 of this Information are realleged and incorporated by reference.

21. On and between January 3, 2020, and January 7, 2020 in the Western District of Missouri, defendant BIANCA COBBINS, while aiding and abetting Quanisha Capelton, knowingly caused a false statement to be made for the purpose of influencing the action of E.B., an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with a personal loan application, in that BIANCA COBBINS and Quanisha M. Capelton, while aiding and abetting each other, applied for a $2,500 loan in J.J.'s name and produced to E.B. fraudulent documents, including fraudulent paystubs in J.J.'s name, when in truth and in fact, as the defendant well knew, J.J. did not work for a health care company in Kansas City, Missouri, and the defendant and Quanisha Capelton did not have permission or authorization to utilize J.J.'s personal identifiable information to apply for any such loan, in violation of Title 18, United States Code, Section 1014.

## COUNTS THREE – SEVEN
### (Aiding in the Preparation of False Tax Returns)

22. On or about the dates hereinafter set forth, in the Western District of Missouri and elsewhere, the defendant, BIANCA COBBINS, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040, and accompanying schedules and forms, for the taxpayers and tax years hereinafter specified. The returns were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the internal revenue laws to claim the items identified below, amongst others, and the defendant

then and there knew the taxpayers were not entitled to claim those items in the amounts listed on their returns.

23. The allegations contained in paragraph 22 are repeated and realleged in Counts Three through Seven of this Information as set forth below:

| Count | Date of Offense | Taxpayer | Calendar Tax Year | False Items |
|---|---|---|---|---|
| 3 | 02/05/2020 | S.C. | 2019 | <ul><li>Earned Income Credit Amount (Form 1040, Line 18a)</li><li>Business Profit (Schedule C, Line 31)</li></ul> |
| 4 | 02/15/2021 | S.C. | 2020 | <ul><li>Earned Income Credit Amount (Form 1040, Line 27)</li><li>Business Profit (Schedule C, Line 31)</li></ul> |
| 5 | 02/25/2022 | D.J. | 2021 | <ul><li>Earned Income Credit Amount (Form 1040, Line 27a)</li><li>Business Profit (Schedule C, Line 31)</li></ul> |
| 6 | 02/02/2023 | S.P. | 2022 | <ul><li>Earned Income Credit Amount (Form 1040, Line 27)</li><li>Business Loss (Schedule C, Line 31)</li></ul> |
| 7 | 02/03/2024 | K.P. | 2023 | <ul><li>Earned Income Credit Amount (Form 1040, Line 27)</li><li>Business Loss (Schedule C, Line 31)</li></ul> |

All in violation of Title 26, United States Code, Section 7206(2).

                                                      Respectfully submitted,

                                                      R. Matthew Price
                                                      United States Attorney

                                      By     */s/ Nicholas P. Heberle*
                                                      Nicholas P. Heberle
                                                      Assistant United States Attorney

Dated: 9/4/2025
Kansas City, Missouri